

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DILIA F. LINARES | : | Case No. 10-31176PM |
| | : | Chapter 7 |
| Debtor | : | |

## MEMORANDUM AND ORDER

This matter comes before the court on the Motion of Michael A. Ostroff, attorney for the Debtor, seeking compensation in the sum of $3,500.00 for services rendered in this case while it was being prosecuted as a case under Chapter 13 of the Bankruptcy Code. Unfortunately for counsel, he did not keep a record of the time spent on the case, inasmuch as he originally intended to receive compensation under Paragraph 4(a) of the court's Guidelines for flat fees for all matters reasonably expected to be accomplished in a case under Chapter 13 for a period extending 90 days following entry of the Order confirming a Chapter 13 plan.

As such, the court does not have all of the information before it to make the determinations required by the case of *Harman v. Levin*, 772 F.2d 1150 (CA4 1985), and its progeny, such as *In re Bernard Hill, Inc.*, 133 B.R. 61, 70 (BC Md. 1991), and *In re Courtois*, 222 B.R. 491, 495 (BC Md. 1998). After reviewing the entire record herein, the court will allow compensation of a total $3,500.00 for all services rendered through the conclusion of the ordinary aspects of the converted case.

It is, therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED That the Trustee pay $1,000.00 of the funds held by her to the attorney for the Debtor, Michael A. Ostroff, so that that sum, together with the $500.00 received by him as shown on the Supplemental Disclosure of Compensation, will result in a total of $3,500.00 as his compensation in this case.

cc:
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
Michael A. Ostroff, Esq., Montero Group, 1738 Elton Road, #105, Silver Spring, MD 20903
Dilia F. Linares, 17312 Brown Road, Poolesville, MD 20837
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770

**End of Memorandum and Order**